UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHIA HAYDER,<br><br>    Plaintiff,<br><br>v.<br><br>EMBASSY OF THE UNITED ARAB EMIRATES, WASHINGTON, D.C., et al.,<br><br>    Defendants. | Case No. 22-cv-05219-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>**RE: DKT. NO. 5** |

The Court has reviewed Magistrate Judge Hixson's Report and Recommendation. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed without leave to amend. The Clerk is directed to enter judgment in favor of Defendants and close the case.

**IT IS SO ORDERED.**

Dated: 9/29/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge